IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| KENNETH D. BELL, in his capacity as court-appointed Receiver for Rex Venture Group, LLC d/b/a ZeekRewards.com,<br><br>    Plaintiff,<br><br>vs.<br><br>GERT BJERRING, DAVID MITCHELL, NICOLA HOLLOWAY, SAM FAWAHL, WARREN HICKEY, HEALTH AND SUCCESS PTY. LTD., LARS FREDERIKSEN, PAUL MANDELT, KELVIAN HANSEN, ANNI THOMPSON, ANN AUDREY HICKEY, R&J THUMM FAMILY P/L as Trustee for THUMM INVESTMENT TRUST, DAVID CANE, KARANDA HOLDINGS PTY. LTD., DONNA WALTON, MICHAEL GEORGHIOU, THOMAS VON EITZEN, BRADLEY FERRIES, ROBIN REID, LINDA WELCH, MAUREEN FISHER, BARRY GOODSELL, DAVID JOSEPH, and BIRTHE SEATON,<br><br>    Defendants. | Civil Action No. 3:14-cv-724<br><br>JUDGMENT |

**THIS MATTER** comes before the Clerk of Court on the Receiver's Motion for Default Judgment by Clerk of Court. *See* Doc. No. 60. The Clerk of Court previously entered default against Defendant Donna Walton on July 21, 2015. *See* Doc. No. 43. In accordance with Rule 55(b)(1) of the Federal Rules of Civil Procedure, the Plaintiff in this matter has requested a sum certain and has provided an affidavit showing the amount due by Defendant Walton.

**IT IS, THEREFORE, ORDERED** that the Receiver's Motion for Default Judgment by Clerk of Court is GRANTED, and the Receiver shall have and recover of Defendant Walton the sum of $97,025.70, which is comprised of $76,730.36 in principal and $20,295.34 in prejudgment

interest from August 13, 2012 to August 31, 2015. Postjudgment interest shall accrue on the entire Judgment, including the award of prejudgment interest, at the rate specified under 28 U.S.C. § 1961 from the date of entry of this Judgment until paid in full.

Frank G. Johns, Clerk
United States District Court